# AFFIDAVIT IN SUPPORT OF ARREST WARRANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 9

1. I, George Cintron, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

2. I am a Special Agent with Homeland Security Investigations ("HSI") assigned to the HSI Philadelphia Field Office.

## PURPOSE OF THE AFFIDAVIT

3. This affidavit is made in support of an arrest warrant for ARTUR KOPACZ for violations of 18 U.S.C. § 611 (voting by an alien) in connection with the November 2022 and November 2024 elections for federal office, pursuant to Federal Rule of Criminal Procedure 9. As described in more detail below, KOPACZ is not a U.S. citizen, knew that he was not a U.S. citizen, and knowingly voted in the November 2022 and November 2024 elections. Based on the facts set forth in this affidavit, there is probable cause to believe that KOPACZ violated 18 U.S.C. § 611.

4. Title 18, United States Code, Section 611(a) states: "It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, [or] Member of the Senate[.]"[1] The November 2022 election for federal office in Pennsylvania was held to, *inter alia*, elect a United

[1] Under Section 611(a), aliens may vote in a local election if they "are authorized to vote for such other purpose under a State constitution or statute or a local ordinance," and the local election is "conducted independently of voting for a candidate for such Federal offices, in such a manner that an alien has the opportunity to vote for such other purpose, but not an opportunity to vote for a candidate for any one or more of such Federal offices." However, this statutory exception did not apply to any of the voters who participated in the November 2022 and November 2024 elections in Philadelphia, Pennsylvania, which are the elections in which KOPACZ voted.

States Senator, while the November 2024 election was held to elect a United States President, Vice President, Presidential elector, and Senator.

5. Fed. R. Crim. P. 9 states that "[t]he court must issue a warrant . . . for each defendant named in an . . . information if one or more affidavits accompanying the information establish probable cause to believe that an offense has been committed and that the defendant committed it."

6. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

**PROBABLE CAUSE**

7. According to Department of Homeland Security ("DHS") databases and his A-File, ARTUR KOPACZ is not a U.S. citizen. Rather, he is a lawful permanent resident and a citizen of Poland. He is assigned alien number Axxxxx5115. In 2025, KOPACZ confirmed that he knew that he was not an American citizen by filing an N-400 Application for Naturalization. KOPACZ formally withdrew this application earlier this year.

8. Earlier this fall, HSI obtained KOPACZ's voting records from Philadelphia and the Pennsylvania Department of State. The records show that KOPACZ registered to vote in Philadelphia in 2020. KOPACZ's registration information includes his actual date of birth and a social security number ending in 8218. This information is consistent with KOPACZ's

biographical information. Additionally, the records show that KOPACZ voted in-person in Philadelphia in two recent federal general elections, which occurred on November 8, 2022, and on November 5, 2024.

9. On March 26, 2026, USCIS employee Katrina Foster conducted KOPACZ's naturalization interview. During the interview, pursuant to her standard practice, Foster asked KOPACZ if he had voted or registered to vote. KOPACZ replied "yes," then stated that he "voted for [a presidential candidate] twice." When informed that he could not vote, KOPACZ said, "well, you guys let me."

10. On October 9, 2026, HSI Agents Michelle Arriaga, David Bottalico and Chris Conti, as well as IRS TFO Alex Johnson, conducted a voluntary, non-custodial interview of KOPACZ that was video recorded. The interview occurred inside KOPACZ's apartment.

11. At the start of the interview, KOPACZ confirmed that he was born in Poland and stated that he has a "green card," which I know to mean he is a lawful permanent resident of the United States. KOPACZ then voluntarily asked if the agents had come because he had voted in a federal election. He said that several friends told him that he could vote and that he "made a mistake" by doing so.

12. KOPACZ said that he voted "twice for … president." He admitted that he voted in 2024 and in 2020, and he stated that he did not vote in 2016. KOPACZ stated that he registered to vote through the internet. When shown the poll books from the 2022 and 2024 elections, KOPACZ admitted that he signed each book. KOPACZ then admitted that he is not an American citizen, and that he filled out an N-400 Application to become a citizen.

13. When asked why the "No" box was checked on the N-400 question about whether he had ever voted, KOPACZ stated that "an agency" filled out the application for him. He then

again confirmed that he is not a U.S. citizen. KOPACZ confirmed that he now understands that only American citizens can vote, but he indicated that he did not know about this limitation from 2020-2024.

**CONCLUSION**

14. Based on the above facts, there is probable cause to believe ARTUR KOPACZ knowingly voted in the November 2022 and November 2024 federal elections in the Eastern District of Pennsylvania, and that he knew that he was not an American citizen at the time of each election. KOPACZ thus violated 18 U.S.C. § 611 in November 2022 and November 2024. I request an arrest warrant be issued for ARTUR KOPACZ.

*/s/ George Cintron*
George Cintron
Special Agent
Homeland Security Investigations

Affidavit submitted by and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 20th day of October, 2026:

*/s/ Carol Sandra Moore Wells*
Honorable Carol Sandra Moore Wells
United States Magistrate Judge